Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins. Co. (2022 NY Slip
Op 51255(U))

[*1]

Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins.
Co.

2022 NY Slip Op 51255(U) [77 Misc 3d 134(A)]

Decided on December 2, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 2, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT,
CHEREÉ A. BUGGS, JJ

2022-108 K C

Burke Physical Therapy, P.C., as
Assignee of Beltran, Natanael, Appellant,
against
State Farm Mutual Automobile Ins. Co., Respondent.

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff and Cheryl F. Korman of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County
(Sandra E. Roper, J.), entered December 14, 2021. The order, insofar as appealed from
and as limited by the brief, denied the branch of plaintiff's motion seeking summary
judgment on the complaint and granted defendant's cross motion for summary judgment
dismissing the complaint.

ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
For the reasons stated in Burke Physical Therapy, P.C. v State Farm Mut. Auto. Ins. Co.
(75 Misc 3d 143[A], 2022 NY Slip Op 50623[U] [App Term, 2d Dept, 2d, 11th
& 13th Jud Dists 2022]), the order, insofar as appealed from, is affirmed.
ALIOTTA, P.J., TOUSSAINT and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 2, 2022